# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In re:    TANYA E SANDERS                                                                Chapter 13
                                                                                          Case No.: 05-73823-SCS

    Debtor

**REPORT OF DEPOSIT OF UNCLAIMED FUNDS**

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347 the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

(Debtor(s) or Creditor(s) name and address)                                              (Amount of dividend)

CENTRIX FINANCIAL LLC                                                                    $84.17
6782 SOUTH POTOMAC STREET
CENTENNIAL, CO 80112

Date: October 16, 2009                          /s/ George W. Neal
                                                _____
                                                George W. Neal
                                                Chapter 13 Standing Trustee
                                                870 Greenbrier Circle, Suite 402
                                                Chesapeake, VA  23320
                                                (757) 961-3000